585 A.2d 322

IN THE MATTER OF MICHAEL V. KERWIN, JR., AN
ATTORNEY-AT-LAW.

February 11, 1991.

CONSENT ORDER

THIS MATTER, having been opened to the Court by DAVID
E. JOHNSON, JR., Director, Office of Attorney Ethics, and
with the consent of the Respondent, Michael V. Kerwin, Jr., of
Somerville, and Joseph A. Hayden, Jr., Esq., and Michael J.
Rogers, Esq., Respondent's Counsel, and it appearing that the
Office of Attorney Ethics and Respondent having agreed to
Respondent being temporarily suspended from the practice of
law, together with the additional relief provided in this Order,
pending final disposition of the ethics grievance pending before
the District XIV Ethics Committee,

IT IS ORDERED that:

1. Michael V. Kerwin, Jr., of Somerville, admitted to prac-
tice in this State in 1978, is temporarily suspended from the
practice of law, effective immediately, pending final determina-
tion of all grievances, and until further Order of the Court.

2. The Office of Attorney Ethics takes such protective ac-
tion pursuant to *R.* 1:20-11(c), as may be appropriate to gain
possession and control of the legal files, records, practice and
trust assets of Michael V. Kerwin, Jr., wherever situate.

3. All funds, if any, presently existing in any New Jersey
financial institution pursuant to *R.* 1:21-6 shall be restrained
from disbursement and shall be transmitted by the banks which
are the present custodians thereof to the Clerk of the Superior
Court for deposit in the Superior Court Trust Fund pending the
further Order of this Court.

4. Michael V. Kerwin, Jr., is hereby restrained and enjoined
from practicing law during the period of suspension.

5. Michael V. Kerwin, Jr., is hereby retrained and enjoined from disbursing funds from any of the foregoing bank accounts.

6. Michael V. Kerwin, Jr., shall comply with all the Administrative Guidelines of the Office of Attorney Ethics governing suspended, disbarred or resigned attorneys.

I hereby agree to the form and entry of this Consent Order.

/s/Michael V. Kerwin, Jr.
Michael v. Kerwin, Jr.
Respondent

/s/Joseph A. Hayden, Jr.
Joseph A. Hayden, Jr.
Respondent's Counsel

/s/Michael J. Rogers
Michael J. Rogers
Respondent's Counsel

/s/David E. Johnson, Jr.
David E. Johnson, Jr.
Director
Office of Attorney Ethics